1

2

3

4

5

6

7

8                    UNITED STATES DISTRICT COURT

9                  CENTRAL DISTRICT OF CALIFORNIA

10

11   RANDY SALINAS, an individual, on      )   Case No. 5:19-cv-02275-FLA (SPx)
     behalf of himself and all others similarly )
12   situated,                             )
                                           )
13                                         )   **ORDER GRANTING JOINT MOTION**
                        Plaintiff,         )   **TO CONTINUE HEARINGS ON**
14                                         )   **MOTIONS FOR PARTIAL SUMMARY**
                 v.                        )   **JUDGMENT  AND TO EXCLUDE**
15                                         )   **EXPERT OPINION OF ROBERT**
     THE CORNWELL QUALITY TOOLS            )   **CRANDALL, AND TO VACATE**
16   COMPANY, an Ohio corporation; and     )   **FINAL PRE-TRIAL CONFERENCE**
     DOES 1 through 100, inclusive,        )   **AND (4) JURY TRIAL**
17                                         )   **[DKT. 114]**
                                           )
18                      Defendants.        )
                                           )
19                                         )
                                           )   Complaint Filed: October 10, 2019
20                                         )   Case Removed:   November 27, 2019
                                           )   Trial Date:        December 7, 2021
21                                         )
                                           )
22

23

24

25

26

27

28

                                       1

The court, having reviewed the parties' Joint Motion to Continue Hearings on Motion for Partial Summary Judgment and Motion to Exclude Expert Opinion of Robert Crandall, and to Vacate Final Pre-Trial Conference and Jury Trial (the "Stipulation"), and finding good cause therefor, GRANTS the Stipulation and RESETS the following dates in this action:

| Event | Current Date | Amended Date |
|---|---|---|
| Hearing on Plaintiff's Motion to Exclude the Expert Testimony of Robert Crandall | October 1, 2021 | November 19, 2021 |
| Hearing on Plaintiff's Motion for Partial Summary Judgment | September 24, 2021 | November 19, 2021 |
| Hearing on Defendant's Motion for Class Certification | November 19, 2021 | November 19, 2021 |
| Trial Setting Conference | N/A | November 19, 2021 |
| Final Pre-Trial Conference | November 8, 2021 | To Be Determined at Trial Setting Conference |
| Jury Trial | December 7, 2021 | To Be Determined at Trial Setting Conference |

IT IS SO ORDERED.

Dated: September 20, 2021

FERNANDO L. AENLLE-ROCHA
United States District Judge

2