**NICHOLAS & TOMASEVIC, LLP**
Craig M. Nicholas (SBN 178444)
Shaun Markley (SBN 291785)
Jordan Belcastro (SBN 339570)
225 Broadway, 19th Floor
San Diego, California 92101
Telephone: (619) 325-0492
Facsimile: (619) 325-0496
Email: cnicholas@nicholaslaw.org
Email: smarkley@nicholaslaw.org
Email: jbelcastro@nicholaslaw.org

Attorneys for Plaintiff RANDY SALINAS,
on behalf of himself and all others similarly situated

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RANDY SALINAS, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>THE CORNWELL QUALITY TOOLS COMPANY, an Ohio corporation; and DOES 1 through 100, inclusive,<br><br>Defendants. | Case No.: 5:19-cv-02275-FLA-SP<br><br>**PLAINTIFF MILTON QUINONES' NOTICE OF MOTION AND MOTION FOR FINAL APPROVAL OF CLASS ACTION AND PAGA SETTLEMENT**<br><br>**Date**: August 9, 2024<br>**Time**: 1:30 p.m.<br>**Courtroom**: 6B<br><br>**Judge**: Hon. Fernando L. Aenlle-Rocha<br><br>**FAC Filed**: May 29, 2020 |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that on August 9, 2024, at 1:30 p.m., or as soon thereafter as the matter may be heard in Courtroom 6B before the Honorable Fernando L. Aenlle-Rocha., located at 350 W. 1st Street, Suite 4311, Los Angeles, CA 90012, Plaintiff Randy Salinas ("Plaintiff") will, and hereby does, move for an order granting final approval of the Parties' Class Action and PAGA representative settlement.

This Motion is based upon: (1) this Notice of Motion and Motion; (2) the Memorandum of Points and Authorities filed herewith; (3) the Declaration of Shaun Markley and related exhibits filed herewith; (4) the Declaration of Emilio Cofinco on behalf of the administrator CPT Group and related exhibits filed herewith; (5) the records, pleadings, and papers filed in this action; and (6) upon such other documentary and oral evidence or argument as may be presented Coto the Court at or prior to the hearing of this Motion.

This motion is made following the conference of counsel pursuant to L.R. 7-3 which took place on July 2, 2024.

Respectfully submitted,

Dated: July 12, 2024                    **NICHOLAS & TOMASEVIC, LLP**

By:     */s/ Shaun Markley*
Craig M. Nicholas (SBN 178444)
Shaun Markley (SBN 291785)
Jordan Belcastro (SBN 339570)
225 Broadway, 19th Floor
San Diego, California 92101
Telephone: (619) 325-0492
Facsimile: (619) 325-0496
Email: cnicholas@nicholaslaw.org
Email: smarkley@nicholaslaw.org
Email: jbelcastro@nicholaslaw.org

Attorneys for Plaintiff RANDY SALINAS, on behalf of himself and all others similarly situated

PLAINTIFF MILTON QUINONES' NOTICE OF MOTION AND MOTION FOR FINAL APPROVAL OF CLASS ACTION AND PAGA SETTLEMENT