UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.   5:19-cv-02275-FLA (SPx)                              Date: August 9, 2024

Title   Randy Salinas v The Cornwell Quality Tools Company, et al

Present: The Honorable:   FERNANDO L. AENLLE-ROCHA, United States District Judge

| Twyla Freeman | Katie Thibodeaux (Contract) |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| David C. Jaynes | Mark D. Villaverde |
| Gregory M. Potrepka | |

**Proceedings:**          **MOTION OF PLAINTIFF RANDY SALINAS FOR ATTORNEY FEES, COSTS AND SERVICE AWARDS [178]**
**MOTION OF PLAINTIFF RANDY SALINAS FOR APPROVAL OF CLASS ACTION AND PAGA SETTLEMENT [179]**

The matters are called for hearing and counsel make their arguments.

For the reasons stated on the record the plaintiff shall file a detailed supplemental memorandum regarding billing invoices by September 6, 2024. Defense shall file a supplemental memorandum regarding costs by September 6, 2024.

Upon the filing of the aforementioned documents the court will take the matters under submission.  Written order to issue.

                                                                                                    00:29
                                                                      **Initials of Preparer**   tf